## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kathleen M. Degrasse
                              Plaintiff,

v.                                                 Case No.: 1:24−cv−10688
                                                              Honorable Matthew F. Kennelly

Hyundai Motor America
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 31, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. Defendant's motion to dismiss the original complaint [12] is denied as moot in light of the filing of an amended complaint. Motion to dismiss amended complaint is to be filed by 1/28/2025; response is to be field by 2/25/2025; reply to response is to be filed by 3/18/2025. Rule 26(a)(1) disclosures are to be made by 2/11/2025. The telephonic status hearing set for 1/6/2025 is vacated and reset to 2/18/2025 at 9:10 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. The Court reserves the right to set a further discovery and pretrial schedule at that time. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.