IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN M. DEGRASSE, on behalf of Plaintiff and the class members described below, <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOTOR AMERICA (CORPORATION), <br><br> Defendant. | Case No. 1:24-cv-10688 <br><br> Hon. Matthew F. Kennelly |

**HYUNDAI MOTOR AMERICA'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Hyundai Motor America ("HMA") respectfully moves this Court for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the First Amended Complaint—Class Action (ECF No. 17, "FAC") in its entirety, with prejudice. In support of this motion, HMA submits its accompanying Memorandum of Law.

WHEREFORE, for all the reasons set forth in the supporting Memorandum of Law, HMA respectfully requests that the Court grant this motion and enter an order dismissing the FAC in its entirety, with prejudice, and granting HMA such other and further relief as the Court deems proper.

Dated: January 28, 2025

Respectfully submitted,

HYUNDAI MOTOR AMERICA

By: /s/ *Gregory E. Ostfeld*
       One of Its Attorneys

Gregory E. Ostfeld (#6257163)
Meredith Mandell (#6332124)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435 – fax
OstfeldG@gtlaw.com
Meredith.Mandell@gtlaw.com

*Counsel for Defendant Hyundai Motor America*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 28, 2025, the foregoing was filed using the Court's CM/ECF system, which provides notice of such filing to all counsel of record in this action.

/s/ *Gregory E. Ostfeld*
Gregory E. Ostfeld