**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KATHLEEN M. DEGRASSE, )
on behalf of Plaintiff and the class )
members described below, )
)
        Plaintiff, )    Case No.: 1:24-cv-10688
)    Honorable Matthew F. Kennelly
    vs. )
)
HYUNDAI MOTOR AMERICA )
(CORPORATION), )
)
        Defendant. )

## SECOND AMENDED COMPLAINT – CLASS ACTION

## INTRODUCTION

1.    Plaintiff Kathleen M. deGrasse brings this action against Defendant Hyundai Motor America (Corporation) ("HMAC") to secure redress for Defendant's unlawful collection, use, storage, and disclosure of Plaintiff's sensitive biometric data.

## PARTIES

2.    Plaintiff Kathleen M. deGrasse is a resident of Lincolnshire, Illinois.

3.    Defendant HMAC is a California corporation with its principal offices at 10550 Talbert Ave., Fountain Valley, CA 92708. It does business in Illinois. Its registered agent and office is Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield, IL 62703.

4.    HMAC is engaged in the importation and distribution of Genesis, Hyundai and Kia automobiles.

## JURISDICTION AND VENUE

5.    This case was filed in the Circuit Court of Cook County and removed to this Court by Defendant.

## FACTS RELATING TO PLAINTIFF

6.    In July 2024, Plaintiff purchased a new Hyundai Santa Fe from AutoNation Hyundai in Des Plaines, Illinois, after test driving a similar Hyundai vehicle.

-1-

7.     The Hyundai Santa Fe is equipped with a "Forward Attention Warning System" ("FAWS") that "monitor[s] the drivers eye position using an infrared camera" and "provides an audible warning if it detects a potential lack of driver attention." It also displays a visual warning.

8.     Plaintiff asked the salesperson about what features were different between the 2024 Hyundai Santa Fe and the 2022 Hyundai Palisade that Plaintiff owned at the time. The salesperson did not mention the camera aimed at the driver at all.

9.     Plaintiff noticed the issue when her car displayed a warning that its FAWS was not operating because she held her arm in a position that blocked the infrared camera.

10.     Plaintiff attempted to turn the FAWS off but a notice came up again when she was driving the vehicle.

11.     After Plaintiff attempted to switch the FAWS off, she was unable to utilize the cruise control function on the vehicle. The cruise control will not function without FAWS being turned on.

12.     Plaintiff found a reference to the FAWS in the owner's manual.

13.     After discovering the camera, Plaintiff asked the same salesperson who sold her the vehicle why he did not mention that it had a camera aimed at the driver. The salesperson stated that he was not aware of a camera.

## FACTS – GENERAL

14.     The FAWS captures and digitizes the geometry of the driver's face and eyes or portions thereof.

15.     There are a number of patents for such systems, including at least one held by Hyundai, which describes the method of operation of such systems. (Appendix A)

16.     The FAWS compares the geometry over a period of time to determine if the driver is facing forward and focused on the road or is dozing off or otherwise inattentive.

17.     According to a Hyundai manual (Appendix B), the FAWS displays a warning if

a.     the driver's gaze is not focused on the road continuously for 3 seconds if the

-2-

vehicle speed exceeds 20 km./hr.,

 b.  the driver's gaze is not focused on the road for 10 seconds or more during any 30 second time span when the vehicle speed exceeds 20 km./hr., or

 c.  the driver's eyes are closed for over 2 seconds while the vehicle speed exceeds 10 km./hr.

18. The triggering of the operation of the system at certain speeds requires that the FAWS be connected to the onboard computer in the Hyundai vehicle.

19. The Hyundai manual (Appendix B) states that the FAWS may display a warning even if the driver is focused on the road "because of driving style and driving pattern."

20. On information and belief, this is because the FAWS system is connected to and can be triggered by the lane departure warning system (which measures whether the vehicle is straying outside its lane), steering and the brake and accelerator functions, all of which require that the FAWS system interact with the onboard computer.

21. If the driver turns off the FAWS or it is not functioning properly, the cruise control function is disabled. This also requires that the FAWS be connected to the onboard computer.

22. Information from the onboard computer can be retrieved by a Hyundai dealer, other repair personnel, and on information and belief, law enforcement personnel, by physical datalink to the computer. In the event of an accident or other incident, the computer can provide information about the driver's operation of the vehicle for a period of time around the accident or incident. On information and belief, this includes the alertness of the driver, inattentiveness being a major cause of accidents.

23. Hyundai or its affiliates has contact information for the person that purchased the car and has it serviced at a Hyundai dealer (who is Hyundai's agent for the purpose of providing warranty and other service), and can reasonably identify the driver.

24. Hyundai has the ability to alter the software which governs the operation of the FAWS and has in fact altered the software. (Appendix C)

25. Plaintiff had a routine oil change performed on her vehicle and was informed at that time that the FAWS software was being updated.

26. The consumer does not have the ability to alter or remove the software which governs the operation of the FAWS.

27. On information and belief, a number of Hyundai vehicles have FAWS, including the Kona, Palisade, Elantra, Sonata, Venue, Tucson, IONIQ 5, IONIQ 6, Santa Cruz, and Santa Fe.

28. No disclosures were provided to Plaintiff or other purchasers and lessees of Hyundai vehicles about what was done with biometric information collected by FAWS or how or where it was stored or how long it would be retained. Plaintiff and other purchasers and lessees were not required to sign anything discussing how biometric information was handled or consenting to the use of their biometric information.

## NOTICE TO HYUNDAI

29. Prior to the sale of the Hyundai automobile to Plaintiff, Hyundai had been criticized for providing consumer driving behavior information to insurance companies. Kashmir Hill, *Automakers Are Sharing Consumers' Driving Behavior With Insurance Companies*, N.Y. Times (Mar. 11, 2024) (Appendix D). Hyundai had been sued for providing such information on June 14, 2024, in *Miller v. Hyundai Motor America*, 8:24cv01288 (C.D.Cal.).

30. This should have caused Hyundai to review all of its practices concerning its obtaining information about consumer driving behavior, including through the means complained of herein. The continued obtaining of biometric information without appropriate written consent was wilful.

## BIOMETRIC INFORMATION – GENERAL

31. As indicated by the foregoing, biometrics are not relegated to esoteric corners of commerce. Many businesses – such as Defendant – now use biometric applications.

32. Biometric identifiers such as facial scans are permanent.

33. This exposes persons such as Plaintiff to serious and irreversible privacy risks.

34.     For example, if a database containing biometric data is hacked, breached, or otherwise exposed, the subjects have no means by which to prevent identity theft, unauthorized tracking or other unlawful or improper use of this highly personal and private information.

35.     A black market already exists for biometric data.  Hackers and identity thieves have targeted Aadhaar, the largest biometric database in the world, which contains the personal and biometric data – including fingerprints, iris scans, and a facial photograph – of over a billion Indian citizens. See Vidhi Doshi, *A Security Breach in India Has Left a Billion People at Risk of Identity Theft*, The Washington Post (Jan. 4, 2018).

36.     Recognizing the need to protect its citizens from situations like these, Illinois enacted the Biometric Information Privacy Act, 740 ILCS 14/1 et seq. ("BIPA"), to regulate companies that collect and store biometric data in Illinois.

37.     Notwithstanding the clear and unequivocal requirements of the law, Defendant disregarded the statutorily protected privacy rights of its customers and unlawfully collected, stored, and used their biometric data in violation of BIPA.

38.     Specifically, Defendant violated BIPA because it did not:

  a.     Properly inform Plaintiff in writing of the specific purpose and length of time for which biometric data was being collected, stored, disseminated, and used, as required by BIPA;

  b.     Receive a written release from Plaintiff to collect, store, disseminate or otherwise use all types of biometric data, as required by BIPA; and

  c.     Obtain consent from Plaintiff to disclose, redisclose, or otherwise disseminate all types of biometric data to a third party as required by BIPA.

## BIOMETRIC INFORMATION PRIVACY ACT

39.     In the early 2000s, major national corporations started using Chicago and other locations in Illinois to test "new applications of biometric-facilitated financial transactions, including finger-scan technologies at grocery stores, gas stations, and school cafeterias." 740 ILCS 14/5(c).

40.     In late 2007, a biometric company called Pay by Touch, which provided major retailers throughout the State of Illinois with fingerprint scanners to facilitate consumer transactions, filed for bankruptcy. As a result, there was a serious risk that millions of fingerprint records – which, like other unique biometric identifiers, can be linked to people's sensitive financial and personal data – could now be sold through the bankruptcy proceedings without adequate protections for Illinois citizens.

41.     The bankruptcy also highlighted the fact that most consumers who used the company's fingerprint scanners were completely unaware that the scanners were not actually transmitting fingerprint data to the retailer who deployed the scanner, but rather to the now-bankrupt company, and that their unique biometric identifiers could now be sold to unknown third parties.

42.     Recognizing the "very serious need [for] protections for the citizens of Illinois when it [came to their] biometric information," Illinois enacted BIPA in 2008. See *Illinois House Transcript*, 2008 Reg. Sess. No. 276; 740 ILCS 14/5.

43.     To ensure compliance, BIPA provides that the prevailing party may recover $1,000 or actual damages, whichever is greater, for negligent violations and $5,000, or actual damages, whichever is greater, for intentional or reckless violations. 740 ILCS 14/20.

44.     BIPA is an informed consent statute which achieves its goal by making it unlawful for a company to, among other things, collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifiers or biometric information, unless it first:

a.      Informs the subject in writing that a biometric identifier or biometric information is being collected, stored and used;

b.      Informs the subject in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and

c.     Receives a written release executed by the subject of the biometric identifier or biometric information.

740 ILCS 14/15(b).

45.     Biometric identifiers include retina and iris scans, voiceprints, fingerprints, and scans of hand and face geometry. 740 ILCS 14/10. Biometric information is separately defined to include any information based on an individual's biometric identifier that is used to identify an individual. *Id.*

46.     BIPA also establishes standards for how companies must handle Illinois citizens' biometric identifiers and biometric information. See, e.g., 740 ILCS 14/15(c)-(d). For example, BIPA prohibits private entities from disclosing a person's or customer's biometric identifier or biometric information without first obtaining consent for such disclosure. 740 ILCS 14/15(d)(l).

47.     BIPA also prohibits selling, leasing, trading, or otherwise profiting from a person's biometric identifiers or biometric information (740 ILCS 4/15(c)) and requires companies to develop and comply with a written policy – made available to the public – establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting such identifiers or information has been satisfied or within three years of the individual's last interaction with the company, whichever occurs first. 740 ILCS 14/15(a).

48.     The Illinois legislature enacted BIPA due to the increasing use of biometric data in financial and security settings, the general public's hesitation to use biometric information, and – most significantly – the unknown ramifications of biometric technology. Biometrics are biologically unique to the individual and, once compromised, an individual is at heightened risk for identity theft and left without any recourse.

49.     BIPA provides individuals with a private right of action, protecting their right to privacy regarding their biometrics as well as protecting their rights to know the precise nature for which their biometrics are used and how they are being stored and ultimately destroyed.

50.     Unlike other statutes that only create a right of action if there is a data breach, BIPA strictly regulates the manner in which entities may collect, store, use, and disseminate biometrics and creates a private right of action for lack of statutory compliance.

51.     As set forth above, Defendant disregarded Plaintiff's legal rights in violation of BIPA.

52.     Plaintiff was  exposed to the risks and harmful conditions created by Defendant's violations of BIPA alleged herein.

53.     Plaintiff is entitled to bring suit to redress the violation of her rights under BIPA. *Rosenbach v. Six Flags Entm't Corp.*, 2019 IL 123186, 129 N.E.3d 1197.

## COUNT I

54.     Plaintiff incorporates paragraphs 1-53.

55.     Defendant violated 740 ILCS 14/15(b) by failing to obtain informed written consent and releases before obtaining  biometric identifiers and information from Plaintiff and the class members.

## CLASS ALLEGATIONS

56.      Plaintiff brings this claim on behalf of a class.

57.     The class consists of (a) all individuals (b) who purchased or leased Hyundai vehicles equipped with the "Forward Attention Warning System" (c) where either (i) they resided  in Illinois (as shown by Hyundai's records), (ii) they purchased or leased the vehicle from a Hyundai dealer in Illinois, or (iii) the vehicle is registered in Illinois, (d) on or after a date five years prior to the filing of this action.

58.     Plaintiff may alter the class definition to conform to developments in the case and discovery.

59.     In the present case, Plaintiff alleges, based on the volume of Hyundai's business, that there are more than 40 members of the class, making them  so numerous that joinder is impracticable.  Hyundai sold 65,611 Santa Fe vehicles during January to July 2024, according to

CarFigures (Appendix E ).  If the distribution of the sales is consistent with the distribution of the national population, Illinois would have accounted for about 5%, or 3,000 vehicles.  Other Hyundai models equipped with FAWS would increase this number.   The exact number of class members can easily be determined from Hyundai's records and vehicle registrations,  and the class members readily  identified and located.

60.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members.  The predominant common questions are:

       a.     Whether Hyundai captures biometric information;

       b.     Whether Hyundai does so  without disclosure and consent;

       c.     Whether such conduct violates BIPA.

61.     Plaintiff will fairly and adequately represent the class members.  Plaintiff has retained counsel experienced in class actions and consumer litigation.

62.     Plaintiff's claim is typical of the claims of the class members.  All are based on the same factual and legal theories.

63.     A class action is appropriate  for the fair and efficient adjudication of this matter, in that:

       a.     Individual actions are not economically feasible.

       b.     Members of the class are likely to be unaware of their rights;

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class and against Defendant for:

       i.     Statutory damages of $5,000 per person for willful and/or reckless violation of BIPA (740 ILCS 14/20(2)) or statutory damages of $1,000 per person for negligent violation of BIPA (740 ILCS 14/20(1));

       ii.     Reasonable attorneys' fees and costs and other litigation expenses

-9-

pursuant to 740 ILCS 14/20(3);

iii. Such other or further relief as is appropriate.


*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com

## <u>NOTICE OF LIEN AND ASSIGNMENT</u>

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.


_/s/ Daniel A. Edelman_
Daniel A. Edelman

## DOCUMENT PRESERVATION DEMAND

Plaintiff hereby demands that defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to plaintiff, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

# **APPENDIX A**

US006243015B1

(12) **United States Patent**
Yeo

(10) Patent No.: **US 6,243,015 B1**
(45) Date of Patent: **Jun. 5, 2001**

| | | | |
|---|---|---|---|
| 5,729,619 | * 3/1998 | Puma | 382/115 |
| 5,805,720 | * 9/1998 | Suenaga et al. | 382/117 |
| 5,859,921 | * 1/1999 | Suzuki | 382/118 |
| 5,878,156 | * 3/1999 | Okumura | 382/118 |

(54) **DRIVER'S DROWSINESS DETECTION METHOD OF DROWSY DRIVING WARNING SYSTEM**

(75) Inventor: **Jung-hack Yeo**, Kyungki-do (KR)

(73) Assignee: **Hyundai Motor Company**, Seoul (KR)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/334,960

(22) Filed: **Jun. 17, 1999**

(51) Int. Cl.⁷ ................................................ G08B 23/00
(52) U.S. Cl. ................... 340/576; 340/575; 382/117; 382/118
(58) Field of Search ......................................... 340/576, 575, 340/573.1; 180/272; 348/789; 382/117, 118

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,570,698 * 11/1996 Liang et al. ......................... 340/575

* cited by examiner

*Primary Examiner*—Jeffery Hofsass
*Assistant Examiner*—John Tweel, Jr.
(74) *Attorney, Agent, or Firm*—Christie, Parker & Hale, LLP

(57) **ABSTRACT**

A driver's drowsiness detection method of a drowsy driving alarming system comprising the steps of: determining a vertical width of a driver's eye from a driver's face image input from a CCD camera, presetting a standard vertical width and a standard drowsiness factor on the basis of the average vertical width of the driver's eye, comparing a real vertical width of the driver's eye with the standard vertical width, increasing or decreasing a drowsiness factor depending on the vertical width of the driver's eye, and judging whether the driver is drowsy or not by comparing the drowsiness factor increased or decreased to the standard drowsiness factor.

**2 Claims, 2 Drawing Sheets**



Case: 1:24-cv-10688 Document #: 33-1 Filed: 05/29/25 Page 15 of 54 PageID #:356

*FIG.1*



*FIG.2*



Case: 1:24-cv-10688 Document #: 33-1 Filed: 05/29/25 Page 16 of 54 PageID #:357

*FIG.3*



*FIG.4*



US 6,243,015 B1

1

# DRIVER'S DROWSINESS DETECTION METHOD OF DROWSY DRIVING WARNING SYSTEM

## BACKGROUND OF THE INVENTION

### (a) Field of the Invention

The present invention relates to a drowsy driver warning system and, more particularly, to the driver's drowsiness detection method for determining whether driver is drowsy or not.

### (b) Description of the Related Art

Recently, much research and development has been conducted on the advanced safety vehicle (ASV) for preventing road accidents and minimizing damage when collisions occur. The basic concept of the ASV is a safety-guaranteed and accident-preventive vehicle. To achieve these objectives, many safety technologies are adapted in the ASV. These technologies includes a drowsy driving warning system, a nighttime pedestrian monitoring and warning system, a fire alarm system, and so on.

Among them, the drowsy driving warning system helps prevent accidents caused by a drowsy driver at the wheel by means of sounding an alarm, shaking the seat, increasing the audio volume, or emitting a strong stimulating gas. Thus, prior to activating an alarm, there is needed to detect the driver's condition as to whether or not he is drowsy, by analyzing his face image and signals from electrical switches such as a brake switch, a directional signal switch, a wiper switch, and so on.

In such a drowsy driving warning system, image-processing technology is used to analyze the driver's face image, particularly his eyes, taken with a charge-coupled device (CCD) camera. If the driver's eyes are frequently kept closed over a predetermined period, a drowsiness detection unit determines that the driver is drowsy so as to sound an alarm.

In the prior art, since the driver's condition is determined by simple drowsiness factor on the basis of the duration and frequency of the closing of the driver's eyes, the reliability of the driver's condition assessment deteriorates if there is noise in the driver's face image data.

## SUMMARY OF THE INVENTION

The present invention has been made in an effort to solve the above problems.

It is an object of the present invention to provide a method for accurately detecting the driver's condition on the basis of the driver's eye closing/opening without interference from exterior noise.

To achieve the above object, a driver's drowsiness detection method according to the present invention comprises the steps of determining a vertical width of a driver's eye from a driver's face image input from a CCD camera, presetting a standard vertical width and a standard drowsiness factor on the basis of the average vertical width of the driver's eye, comparing an actual vertical width of the driver's eyes with the standard vertical width, increasing or decreasing a drowsiness factor depending on the vertical widths of the driver's eyes, and determining as to whether the driver is drowsy or not by comparing the drowsiness factor increased or decreased to the standard drowsiness factor.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of the specification, illustrate an

2

embodiment of the invention, and, together with the description, serve to explain the principles of the invention:

FIG. 1 is a block diagram illustrating a structure of a driver's drowsiness detection apparatus according to a preferred embodiment of the present invention;

FIG. 2 is a flow chart illustrating the driver's drowsiness detection method according to the preferred embodiment of the present invention; and

FIG. 3 is a schematic sketch of an eye for calculating the vertical width of the eye; and

FIG. 4 illustrates the behavior of drowsiness factor calculated according to the preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A preferred embodiment of the present invention will be described in detail with reference to the accompanying drawings.

FIG. 1 is a block diagram that shows a structure of the driver's drowsiness detection system according to the preferred embodiment of the present invention. As shown in FIG. 1, the driver's drowsiness detection system comprises a CCD camera 10 for taking an image of the driver's face, a drowsiness detection unit 20, and an alarm unit 30.

The CCD camera 10 monitors the driver's face and sends continuously captured image signals to the drowsiness detection unit 20. The drowsiness detection unit 20 analyzes the image signals and calculates a drowsiness factor so as to determine whether the driver is drowsy or not on the basis of calculated drowsiness factors. The alarm unit 30 raises an alarm according to the signal from the drowsiness detection unit 20 to awaken the driver.

An drowsiness detection method according to the preferred embodiment of the present invention will now be described with reference to the accompanying drawings.

FIG. 2 shows a flow of the drowsiness detection method, FIG. 3 shows an eye separated for averaging vertical width of the driver's eye, and FIG. 4 shows a behavior of drowsiness factor according to the preferred embodiment of the present invention.

The driver's face image taken with the CCD camera 10 is input to the drowsiness detection unit 20 in gray scale and the gray scale image is binarized by means of threshold filtering in which pixels having black level similar to that of eyes are designated as "1"s and the other pixels are designated as "0"s. Then, according to step S1 of FIG. 2, the drowsiness detection unit 20 determines a vertical width ($1\times10$) of an driver's eye by averaging the vertical widths of several parts of one eye as shown in FIG. 3 and then determines the average vertical width of the driver's eye by averaging the vertical widths of the driver's eye detected over a predetermined period.

Next in step S2, the drowsiness detection unit 20 presets a standard vertical width of the driver's eye for use as a basis to determine whether the eye is opened or closed and standard drowsiness factor for using a basis to determine whether the driver is drowsy or not in step S2. Next in step S3, the drowsiness detection unit 20 calculates the current vertical width of the driver's eye and compares the present calculated vertical width to the standard vertical width. If the present vertical width is less than the standard vertical width, the drowsiness detection unit 20 increases the drowsiness factor on the basis of the below equation 1, and if the present vertical width is greater than the standard vertical width, the

US 6,243,015 B1

3

drowsiness detection unit 20 decreases the drowsiness factor on the basis of the below equation 2:

$$\text{Drowsiness Factor}_{(new)} = \text{Drowsiness Factor}_{(old)} \times (1 - 0.05) + 0.05 \qquad \text{Equation 1;}$$

$$\text{Drowsiness Factor}_{(new)} = \text{Drowsiness Factor}_{(old)} \times 0.95 \qquad \text{Equation 2;}$$

Since the drowsiness factor is increased or decreased according to the vertical width of the driver's eye, the drowsiness factor converges to a predetermined value when the driver is blinking normally.

Furthermore, even if the standard vertical width of the driver's eye is preset extremely narrow or wide due to bad image data with noise, the drowsiness factor does not vary abruptly.

Whenever the driver is so drowsy that his eyes stay closed over a predetermined period, the drowsiness factor increases slowly on the basis of the equation 1. As shown in FIG. 4, if the drowsiness factor increases to greater than a predetermined standard drowsiness factor in step S6, the drowsiness detection unit 20 sends a signal to the alarm unit 30 so as the alarm unit 30 to alarm in step S7.

In this preferred embodiment of the present invention, the driver's condition as to whether he is drowsy or not can be accurately determined by preventing incorrect determination caused by noise in the face image. Accordingly, the reliability on drowsiness detection is enhanced.

Other embodiments of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. It is intended that the specification be considered as exemplary only, with the true scope and spirit of the invention being indicated by the following claims.

What is claimed is:

1. A method for detecting a driver's drowsiness comprising the steps of:

detecting an average vertical width of a driver's eye from a driver's face image;

determining a standard vertical width and a standard drowsiness factor on the basis of the average vertical

4

width of the driver's eye, wherein the average vertical width is determined by averaging the vertical width of several parts of the drivers eye over a predetermined period of time;

comparing a current vertical width of the driver's eye with the determined standard vertical width;

determining a current drowsiness factor wherein, if the current vertical width of the driver's eye is less than the standard vertical width, the drowsiness factor is calculated on the basis of the following equation:

$$\text{Drowsiness Factor}_{(new)} = \text{Drowsiness Factor}_{(old)} \times (1 - 0.05) + 0.05; \text{ and}$$

comparing the current drowsiness factor with the determined standard drowsiness factor.

2. A method for detecting a driver's drowsiness comprising the steps of:

detecting an average vertical width of a driver's eye from a driver's face image;

determining a standard vertical width and a standard drowsiness factor on the basis of the average vertical width of the driver's eye, wherein the average vertical width is determined by averaging the vertical width of several parts of the drivers eye over a predetermined period of time;

comparing a current vertical width of the driver's eye with the determined standard vertical width;

determining a current drowsiness factor wherein, if the current vertical width of the driver's eye is greater than the standard vertical width, the drowsiness factor is calculated on the basis of the following equation:
$$\text{Drowsiness Factor}_{(new)} = \text{Drowsiness Factor}_{(old)} \times 0.95;$$
and comparing the current drowsiness factor with the determined standard drowsiness factor.

* * * * *

# **APPENDIX B**

Case: 1:24-cv-10688 Document #: 33-1 Filed: 05/29/25 Page 20 of 54 PageID #:361

Home > Driver assistance system > Forward Attention Warning (FAW)
> **Forward Attention Warning operation**

+ -

# Forward Attention Warning operation

## Forward Attention Warning

Forward Attention Warning determines whether the driver is focused on the road depending on information, such as the amount of time the driver is looking elsewhere, the amount of time the eyes are closed, etc. If Forward Attention Warning judges the driver is not focused, an audible warning sounds for about 1 second, and the  warning light appears on the instrument cluster until off conditions are met.

**The warning comes on:**

- When the driver's gaze is not focused on the road continuously for 3 seconds while driving above 20 km/h.
- When the driver's gaze is not focused on the road for 10 seconds or more in total during a 30 seconds time span while driving above 20 km/h.
- When the driver's eyes are closed for over 2 seconds or more while driving above 10 km/h (6 mph).

**The warning goes off:**

When the driver looks forward continuously for over 2 seconds.

## Driver Drowsiness Attention Warning

Feedback

## Send us your Feedback

Was this page helpful?                                                    Confirm

Do you have any thoughts you'd like to share?

```
Please don't include any personal information in your comment.
You can enter up to 250 characters.
```
                                                                          Send



Driver Drowsiness Attention Warning monitors your eyes whilst driving. When the driver's eyes are constantly closed or not facing forward frequently, the Driver Drowsiness Attention Warning recommends a break to help with safe driving. The "Consider taking a break" warning message and the ⊕ warning light appears on the instrument cluster, and an audible warning sounds until the off conditions are met.

### The warning comes on:

When the driver's eyes are constantly closed or not facing forward frequently while driving above 10 km/h (6 mph).

### The warning goes off:

When the driver's gaze is focused on the road.

### Warning

If any other system's warning message appears or audible warning is being generated, Forward Attention Warning's warning message may not appear and an audible warning may not be generated.

### Caution

- Forward Attention Warning may warn the driver even though the driver is focused on the road because of driving style and driving pattern.
- Forward Attention Warning is a supplemental function and may not determine whether the driver is distracted whilst driving.
- It is the driver's responsibility for safe driving and must focus on the road.

Feedback

11/20/24, 3:26 PM                              Forward Attention Warning operation

## Send us your Feedback

Was this page helpful?                                          Confirm

Do you have any thoughts you'd like to share?

                                                               Send



# **APPENDIX C**



## HYUNDAI
### Technical Service Bulletin

| GROUP | NUMBER |
|---|---|
| **CAMPAIGN** | **25-01-016H** |
| **DATE** | **MODEL(S)** |
| **FEBRUARY 2025** | **SANTA FE HYBRID (MX5A HEV)** |

**SUBJECT:** IN-CABIN CAMERA (ICC) LOGIC UPDATE (SERVICE CAMPAIGN TCRA)

---

**★ IMPORTANT**

Dealers must perform this service campaign on all affected vehicles prior to customer retail delivery and whenever an affected vehicle is in the shop for any maintenance or repair.

Access the "Vehicle Information" screen via WebDCS to identify open campaigns.

---

**Description:** Certain 2024MY Santa Fe Hybrid (MX5A HEV) vehicles may experience multiple alerts for In-Cabin Camera (ICC) blockage due to driving with hand(s) at the 12 o'clock position. Updating the ICC logic reduces the number of alerts.

**Applicable Vehicles (Certain):**
- 2024MY Santa Fe Hybrid (MX5A HEV) produced from 03/06/2024~10/09/2024

**GDS Information:**

| System | Event # | Description |
|---|---|---|
| In-Cabin Camera (ICC) | 1208 | MX5a HEV ICC LOGIC IMPROVEMENT |

(*or use a later available event as listed in the GDS ICC Update screen if one is available.)

**Warranty Information:**

| Model | Op. Code | Operation | Op. Time | Causal Part | Nature Code | Cause Code |
|---|---|---|---|---|---|---|
| Santa Fe Hybrid (MX5A HEV) | 40DA31R0 | In-Cabin Camera (ICC) Update | 0.3 M/H | 96528-R6100 | I14 | ZZ3 |

**NOTE 1:** Submit claim on Claim Entry Screen as "Campaign" type.

**NOTE 2:** If a part is found in need of replacement while performing this campaign and the affected part is still under warranty, submit a separate claim using the same repair order. If the affected part is out of warranty, submit a Prior Approval request for goodwill consideration prior to performing the work.

**NOTE 3:** Op times include VIN, Mileage, and photo capture of the "ECU update complete" screen as outlined in the Digital Documentation Policy.

---

Circulate To: General Manager, Service Manager, Parts Manager, Warranty Manager, Service

**\*INVOICE\***

**AutoNation**

AutoNation Hyundai O'Hare
1509 S. River Rd.
Des Plaines, IL 60018
Service Direct (847) 297-7881
Service Fax (847) 824-7430
www.AutoNation.com

Invoice #: **805917**

Tag #: **A583**

Kathleen Degrasse

Home:
Cell:
Bus:
Email:

Customer #:

Service Advisor: **8363 ALEXANDER BURNS**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| | 24 | HYUNDAI SANTA FE | | | 14030 | 14031 |
| DEL DATE | PROD. DATE | WARR. EXP | PO NO. | RATE | PAYMENT | INV DATE | R.O. OPENED | READY |
| 03JUL24 D | | 16:00 14MAR25 | | | CASH | 05MAR25 | 07:07 05MAR25 | 16:05 05MAR25 |

OPTIONS: SOLD-STK:RRH01043 DLR:44A121 ENG:1.6L_4 CYL TRN:A

**We are a proud retailer of Original Equipment(OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

**We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have identified a non-OE part, it will be identified on your invoice as "AP". These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

```
LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL
A  Customer requested to have Multi Point Inspection performed this
   visit
   MULTI-A Customer requested to have Multi Point
           Inspection performed this visit
           6988    CY
   GBATT BATTERY TESTS GOOD AT THIS TIME
           6988    CY
   GBK BRAKES ARE GOOD AT THIS TIME
           6988    CY
   GTIRE TIRES ARE GOOD AT THIS TIME 7/32 OR GREATER
           THREAD
           6988    CY
PARTS:     0.00  LABOR:         0.00  OTHER:        0.00  TOTAL LINE A:        0.00
14031 MULTI POINT MULTI POINT COMPLETE
           *****************************************************
B  CUSTOMER STATES THEY HEAR NOISE COMING FROM THE DRIVER WINDOW WHEN IT
   IS ALL THE WAY UP. CHECK AND ADVISE.
   NPF COULD NOT DUPLICATE CONCERN AT THIS TIME
           6988    CY
PARTS:     0.00  LABOR:         0.00  OTHER:        0.00  TOTAL LINE B:        0.00
14031 CUSTOMER STATES THEY ARE HEARING A NOISE COMING FROM THE
   DRIVER WINDOW WHEN ITS ALL THE WAY UP.
   TEST DROVE VEHICLE, AT THIS TIMES I, CONCERN AT THIS TIME.,
   AND COULD NOT DUPLICATE CUSTOMERS
   FOUND NO ABNORMAL SOUNDS AT THE TIME.
   NO REPAIRS REQUIRED
           *****************************************************
C  CUSTOMER STATES AT TIMES, VEHICLE WILL NOT GO OVER 26MPH. CHECK AND
   ADVISE
   NPF COULD NOT DUPLICATE CONCERN AT THIS TIME
           6988    CY
PARTS:     0.00  LABOR:         0.00  OTHER:        0.00  TOTAL LINE C:        0.00
14031 CUSTOMER STATES AT TIMES, VEHICLE WILL NOT GO OVER 26MPH.
   TEST DROVE VEHICLE AT THIS VISIT, AND COULD NOT DUPLICATE
```

**SHOP SUPPLY CHARGES:**
We may charge shop supply costs of $6.00 or 12.5% of the total cost of labor, whichever is greater, not to exceed $65.00.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| | LABOR AMOUNT | | 0.00 |
|---|---|---|---|
| D | PARTS AMOUNT | | |
| E | GAS, OIL, LUBE | | |
| S | SUBLET AMOUNT | | |
| C | MISC. CHARGES | | |
| R | TOTAL CHARGES | | 0.00 |
| P | | | |
| T | LESS INSURANCE | | |
| I | | | |
| O | SALES TAX | | 0.00 |
| N | PLEASE PAY THIS AMOUNT | | 0.00 |

WARRANTY STATEMENT AND VEHICLE INSPECTION RIGHTS: PLEASE SEE THE TERMS ON THE REVERSE SIDE OF THIS REPAIR INVOICE
CALL/TEXT AUTHORIZATION: YOU HEREBY AUTHORIZE US TO MAKE RECURRING CALLS, TEXTS, AND TRANSMIT VOICEMAILS TO YOU AT YOUR PHONE NUMBER(S), INCLUDING BY USE OF AN AUTOMATED SYSTEM, REGARDING SALES AND/OR SERVICE OF YOUR VEHICLE. YOU UNDERSTAND YOUR AGREEMENT IS NOT A CONDITION OF PURCHASING GOODS OR SERVICES AND YOU MAY OPT OUT OF YOUR PHONE NUMBER(S) BY NOTIFYING YOUR SERVICE ADVISOR OR TECHNICIAN. MSG & DATA RATES MAY APPLY.

If we receive payments related to the goods or services provided hereunder from any third party (e.g., a check under a Service Contract), you agree that we may retain all such monies as if same was a payment from you and apply such funds to any outstanding indebtedness of yours. You hereby grant us a power of attorney to endorse and sign your name to any such instruments and to deposit such funds into the dealership's account to carry out the intent of this provision.

By signing below, you acknowledge that you have been notified of and authorized the repairs to be performed, the services/repairs itemized on this invoice and that you received (or had the opportunity to obtain prior) a written estimate if requested by you. The vehicle is being returned to you in exchange for your payment of the amount due.

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By Telephone No. | Date & Time |
|---|---|---|---|
| $ | $ | | |
| Revised Estimate $ | $ | | |

AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

_____
DATE

CUSTOMER SIGNATURE

DealerCAP **Customer Copy** R3 TYPE:1 XL25C: AUTONATION-LIMITED WARRANTY - ILLINOIS- 897368

# LIMITED WARRANTY ON INSTALLED PARTS AND SERVICE

## WHAT IS COVERED:

- During the applicable warranty period, the AutoNation dealership identified on the front of this Repair Order/Invoice (hereinafter referred to as "AutoNation") warrants that if any part fails in normal service it will provide a replacement part or repair any AutoNation installed part or accessory that is defective in material or workmanship. The labor charge associated with the installation or replacement of the defective part will also be covered by AutoNation. This Limited Warranty is subject to certain limitations set forth below. To be eligible for coverage of labor charges associated with the repair or part replacement under this Limited Warranty, the warranty repairs must be performed at this AutoNation location or other affiliated dealership location. All services performed by AutoNation will be performed in a good and workmanlike fashion.

- In addition, to be eligible for this Limited Warranty, your vehicle must be used for personal, family and household purposes. Any vehicle purchased/leased and/or used for purposes such as towing, taxi or limousine service, ride sharing, delivery, hire, on or off-road competition, or engaging in a contest of speed or endurance of any type, is not eligible for this Limited Warranty.

## LIMITED WARRANTY COVERAGE PERIODS:

- AutoNation warrants: 1) all new parts from the vehicle's original equipment manufacturer ("OE" parts), 2) all other new parts including third party after-market parts sourced by AutoNation ("Non-OE" parts), and 3) remanufactured or rebuilt parts, for no less than 12 months or 12,000 miles, whichever comes last. Further, the workmanship of all repairs or labor performed in conjunction with repairs including parts from categories 1, 2 or 3 above that are installed by AutoNation are warranted for no less than 12 months or 12,000 miles, whichever comes last. The above limited warranty does not apply to batteries and tires. Certain parts and/or vehicle manufacturer's warranties vary by make, including varying time periods and/or mileage limitations applicable to their respective parts. For more information see your Service Advisor or visit www.AutoNation.com.

- The Limited Warranty period shall commence on the Invoice Date and odometer reading ("Mileage Out").

## BATTERY LIMITED WARRANTY:

- OE batteries: OE replacement batteries are warranted from the date of purchase or installation under the terms of the battery manufacturer's prorated basis. Please consult your service advisor or examine the warranty statement on your battery for applicable warranty coverage. The prorated amount equal to the remaining warranty months, depending on your battery, will be credited toward the cost of a complete replacement battery, excluding taxes and installation.

- Non-OE batteries: Non-OE batteries are eligible for free replacement during the battery's applicable "free replacement" period (calculated from the date of sale as shown on your sales receipt). If your Non-OE battery fails during the free replacement period due to defects in materials or workmanship, you are entitled to a new replacement Non-OE battery of the same type at no charge (labor charge may apply). Pro-rata credits may also apply. See Free Replacement Limited Warranty document for details and limitations.

- Non-OE Lifetime batteries: Non-OE Lifetime batteries are eligible for free replacement at this AutoNation location or other affiliated dealership location, for as long as you own the vehicle into which the Non-OE Lifetime battery was installed. See Lifetime Battery Free Replacement Limited Warranty document for details and limitations.

## TIRE LIMITED WARRANTY:

- Tires are sold and installed AS-IS by AutoNation. They are warranted independently by the tire manufacturer. AutoNation hereby disclaims all warranties, express and implied, including the implied warranties of merchantability and fitness for a particular purpose. See manufacturer's statement for details.

## WHAT IS NOT COVERED:

- Damage to an AutoNation installed part or accessory caused by a non-AutoNation installed part or component is not covered.

- Labor for removal from a vehicle and reinstallation of a part or accessory sold "over the

counter" is not covered. Labor, parts and other costs (such as all lubricants) connected with recommended maintenance service are not covered. Service adjustments, such as calibration or alignments, are not covered.

- Failures or damage resulting from normal wear and tear, improper installation, repair, misuse, negligence, accidents, or modification of the part or the accessory by you are not covered.

- Damage caused by your failure to use antifreeze or other required additives, fluids or lubricants is not covered.

- For the Limited Warranty to be in effect and honored, the vehicle must be located in one of our authorized service facilities at the time the warranty claim is submitted. AutoNation will not pay for third party inspection of the vehicle that is not authorized in writing. For a list of our locations please visit www.AutoNation.com.

- This Limited Warranty is void upon transfer of ownership of the vehicle.

- **Incidental or consequential damages (other than for personal injury) resulting from breach of this written warranty or any implied warranty (such as telephone calls, travel expenses, towing, lost wages, loss of time, inconvenience or commercial loss) are not covered.**

- **Any implied warranties, including those of merchantability or fitness for a particular purpose, are limited in duration to the applicable duration of this warranty.**

- **This is the only express warranty authorized by AutoNation. The performance of repairs or the replacement of a part or accessory are the exclusive remedies under this Limited Warranty or any implied warranty. AutoNation does not authorize any person to create for it any other obligation or liability in connection with AutoNation installed parts or accessories or performance of repairs.**

## STATE SPECIFIC RIGHTS:

- This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

- Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damages so the above limitations or exclusions may not apply to you.

## OWNER'S RESPONSIBILITIES:

- To obtain coverage pursuant to this Limited Warranty you must notify AutoNation at the number listed on the front of this Repair Order/Invoice of any failure, malfunction or defect of covered item(s) during the warranty period. You must then return the part or accessory, or vehicle to AutoNation or to any location AutoNation authorizes in writing and you must authorize in writing all repair work to be performed under this Limited Warranty.

- Because warranty coverage periods are calculated on a time or mileage basis from the date of purchase or installation, it is recommended that you retain proof of the purchase or installation date and vehicle mileage at the time of purchase or installation.

## FOR MORE INFORMATION:

- For more information, please contact your service manager.

## REFUND POLICY:

**NO CASH REFUNDS WILL BE PROVIDED.** All payments made by cash or check will be refunded by check within 14 days of approval of the request for refund. All payments made by credit card will be credited to the card originally debited.

## INSPECTION RIGHTS:

- As a condition precedent to your filing of any lawsuit or arbitration petition arising under or relating to this Repair Order/Invoice where the condition or operation of the subject vehicle is at issue, you shall afford AutoNation an opportunity to inspect the subject vehicle at its business location or other location agreed by the parties.

# AutoNation

**AutoNation Hyundai O'Hare**
1509 S. River Rd.
Des Plaines, IL 60018
Service Direct (847) 297-7881
Service Fax (847) 824-7430
www.AutoNation.com

**\*INVOICE\***

Invoice #: **805917**

Tag #: **A583**

Service Advisor: **8363 ALEXANDER BURNS**

**Kathleen Degrasse**

Home:
Cell:
Bus:
Email:

Customer #

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| | 24 | HYUNDAI SANTA FE | | | | 14030 | 14031 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 03JUL24 D | | | 16:00 14MAR25 | | | CASH | 05MAR25 | 07:07 05MAR25 | 16:05 05MAR25 |

OPTIONS: **SOLD-STK:RH010843 DLR:44A121 ENG:1.6L_4 CYL TRNA**

We are a proud retailer of Original Equipment(OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP." These non-OE (AP") parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL
      CUSTOMER'S CONCERN,
      FOUND VEHICLE ACCELERATING NORMALLY, AND DRIVING OKAY
      NO REPAIRS NECESSARY AT THIS TIME, VEHICLE IS OKAY AT THE TIME.
      ******************************************************
D IN-CABIN CAMERA (ICC) LOG UPD 25-01-016H                              (N/C)
CAUSE: IN CABIN CAMERA UPDATE
      40DA31R IN-CABIN CAMERA (ICC) UPDATE
              6988WYCRC
      FC. C99 PART#: COUNT:
      CLAIM TYPE#: CPN
      AUTH CODE:
PARTS:        0.00  LABOR:        0.00  OTHER:       0.00  TOTAL LINE D:    0.00
14031 IN CABIN CAMERA SOFTWARE UPDATE
PERFORMED In-Cabin Camera
(ICC) Update
      ******************************************************
E** Oil and Filter - Change
CAUSE: MAINT
      NA10 Oil and Filter - Change WITH TIRE ROTATION
              6988  WTM
         1 26350-2M000 SERVICE KIT OIL FILTER
         1 5W20 0W20 SYNTHETIC OIL
      FC. C99
      PART#: 26350-2M000
      COUNT: 1
      CLAIM TYPE:    WTM
      AUTH CODE:     19670814
PARTS:        0.00  LABOR:        0.00  OTHER:       0.00  TOTAL LINE E:    0.00
14031 LOF CHANGED OIL AND FILTER
      ******************************************************
F** customer requested to disable audio password. - Complete
      0 DISABLED AUDIO PASSWORD PER CUSTOMER REQUEST
```



**SHOP SUPPLY CHARGES:**
We may charge shop supply costs of $6.00 or 12.5% of the total cost of labor, whichever is greater, not to exceed $65.00.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| | | | |
|---|---|---|---|
| D | LABOR AMOUNT | | {N/C} |
| I | PARTS AMOUNT | | {N/C} |
| E | GAS, OIL, LUBE | | {N/C} |
| C | SUBLET AMOUNT | | |
| R | MISC. CHARGES | | |
| I | TOTAL CHARGES | | |
| P | LESS INSURANCE | | |
| O | SALES TAX | | |
| N | PLEASE PAY THIS AMOUNT | | 0.00 |

WARRANTY STATEMENT AND VEHICLE INSPECTION RIGHTS: PLEASE SEE THE TERMS ON THE REVERSE SIDE OF THIS REPAIR INVOICE.
CALL/TEXT AUTHORIZATION: YOU HEREBY AUTHORIZE US TO MAKE RECURRING CALLS, TEXTS, AND TRANSMIT VOICEMAILS TO YOU AT YOUR PHONE NUMBER(S), INCLUDING BY USE OF AN AUTOMATED SYSTEM, REGARDING SALES AND/OR SERVICE OF YOUR VEHICLE. YOU UNDERSTAND THAT YOUR AGREEMENT IS NOT A CONDITION OF PURCHASING GOODS OR SERVICES AND YOU MAY OPT OUT OF YOUR PHONE NUMBER(S) BY NOTIFYING YOUR SERVICE ADVISOR OR TEXTING STOP TO ANY MESSAGE RECEIVED. MSG & DATA RATES MAY APPLY.

If we receive payments related to the goods or services provided hereunder from any third party (e.g., a check under a Service Contract), you agree that we may retain all such monies as it same was a payment from you and apply such funds to complete indebtedness of yours. You hereby grant us a power of attorney to endorse any check issued to you and to deposit such funds into the dealership account to carry out the intent of this provision.

By signing below, you acknowledge that you were notified of and authorized the dealership to perform the services requested through this Invoice and that you received (or had the opportunity to inspect) any parts as may be requested by you. This vehicle is being returned to you in exchange for your payment of the amount due.

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By | Date & Time |
|---|---|---|---|
| $ | $ | | |
| Revised Estimate | | | |
| $ | $ | | |

CUSTOMER SIGNATURE

AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

DATE

DealerCAP **Customer Copy** TYPE J: 2&2BBC - AUTONATION "LIMITED WARRANTY" - ILLINOIS - 857908

# LIMITED WARRANTY ON INSTALLED PARTS AND SERVICE

**WHAT IS COVERED:**

· During the applicable warranty period, the AutoNation dealership identified on the front of this Repair Order/Invoice (hereinafter referred to as "AutoNation") warrants that if any part fails in normal service it will provide a replacement part or repair any AutoNation installed part or accessory that is defective in material or workmanship. The labor charge associated with the installation or replacement of that part will be covered as set forth below. To be eligible for coverage of labor charges associated with a repair or part replacement under this Limited Warranty the warranty repairs must be performed at this AutoNation location or other affiliated dealership location. All services performed by AutoNation will be performed in a good and workmanlike fashion.

· In addition, to be eligible for this Limited Warranty, your vehicle must be used for personal, family and household purposes. Any vehicle purchased/leased and/or used for purposes such as towing, taxi or limousine service, ride sharing, delivery, hire, on or off-road competition, or engaging in a contest of speed or endurance of any type, is not eligible for this Limited Warranty.

**LIMITED WARRANTY COVERAGE PERIODS:**

· AutoNation warrants: 1) all new parts from the vehicle's original equipment manufacturer ("OEM parts"); 2) all other new parts including third party aftermarket parts sourced by AutoNation ("Non-OEM parts") as manufactured or rebuilt parts, for no less than **12 months or 12,000 miles, whichever comes last.** Further, the workmanship of our labor performed in conjunction with repairs including parts from categories 1, 2 or 3 above that are installed by AutoNation are warranted for no less than **12 months or 12,000 miles, whichever comes last.** The above limited warranty does not apply to batteries and tires. **Certain parts and/or vehicle manufacturer's warranties vary by make, including varying time periods and/or mileage limitations applicable to their respective parts.** For more information see your Service Advisor or visit www.AutoNation.com.

· The Limited Warranty period shall commence on the Invoice Date and odometer reading ("Mileage Out").

**BATTERY LIMITED WARRANTY:**

· OE batteries: OE replacement batteries are warranted from the date of purchase or installation either on a fixed term or prorated basis. Please consult your service advisor or examine the warranty statement on your battery for applicable warranty coverage. The prorated amount equal to the remaining warranty months, depending on your battery, will be credited toward the cost of a complete replacement battery, excluding taxes and installation.

· Non-OE batteries: Non-OE batteries are eligible for free replacement during the battery's applicable "free replacement" period (calculated from the date of sale as shown on your sales receipt). If your Non-OE battery fails during the free replacement period due to defects in materials or workmanship, you are entitled to a new replacement Non-OE battery of the same type at no charge (labor charge may apply). Pro-rata credits may also apply. See Free Replacement Limited Warranty document for details and limitations.

· Non-OE Lifetime batteries: Non-OE Lifetime batteries are eligible for free replacement at this AutoNation location or other affiliated dealership location, for as long as you own the vehicle into which the Non-OE Lifetime battery was installed. See Lifetime Battery Free Replacement Limited Warranty document for details and limitations.

**TIRE LIMITED WARRANTY:**

· Tires are sold and installed AS-IS by AutoNation. They are warranted independently by the tire manufacturer. AutoNation hereby disclaims all warranties, express and implied, including the implied warranties of merchantability and fitness for a particular purpose. See manufacturer's statement for details.

**WHAT IS NOT COVERED:**

· Damage to an AutoNation installed part or accessory caused by a non-AutoNation installed part or component is not covered.

· Labor for removal from a vehicle and reinstallation of a part or accessory sold "over the counter" is not covered. Labor, parts and other costs (such as all lubricants) connected with recommended maintenance service are not covered. Service adjustments, such as calibration or alignments, are not covered.

· Failures or damage resulting from normal wear and tear, improper installation, repair, misuse, negligence, accidents, or modification of the part or the accessory by you are not covered.

· Damage caused by your failure to use antifreeze or other required additives, fluids or lubricants is not covered.

· For the Limited Warranty to be in effect and honored, the vehicle must be located in one of our authorized service facilities at the time the warranty claim is submitted. AutoNation will not pay for third party inspection of the vehicle that is not authorized in writing. For a list of our locations please visit www.AutoNation.com.

· This Limited Warranty is void upon transfer of ownership of the vehicle.

· **Incidental or consequential damages (other than for personal injury) resulting from breach of this written warranty or any implied warranty (such as telephone calls, travel expenses, towing, lost wages, loss of time, inconvenience or commercial loss) are not covered.**

· **Any implied warranties, including those of merchantability or fitness for a particular purpose, are limited in duration to the applicable duration of this warranty.**

· **This is the only express warranty authorized by AutoNation. The performance of repairs or the replacement of a part or accessory are the exclusive remedies under this Limited Warranty or any implied warranty. AutoNation does not authorize any person to create for it any other obligation or liability in connection with AutoNation installed parts or accessories or performance of repairs.**

**STATE SPECIFIC RIGHTS:**

· This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

· Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damages so the above limitations or exclusions may not apply to you.

**OWNER'S RESPONSIBILITIES:**

· To obtain coverage pursuant to this Limited Warranty you must notify AutoNation at the number listed on the front of this Repair Order/Invoice of any failure, malfunction or defect covered under warranty, and then return the part or accessory, or vehicle to AutoNation or to any location AutoNation authorizes in writing and you must authorize in writing all repair work to be performed under this Limited Warranty.

· Because warranty coverage periods are calculated on a time or mileage basis from the date of purchase or installation, it is recommended that you retain proof of the purchase or installation date and vehicle mileage at the time of purchase or installation.

**FOR MORE INFORMATION:**

· For more information, please contact your service manager.

**REFUND POLICY:**

· **NO CASH REFUNDS WILL BE PROVIDED.** All payments made by cash or check will be refunded by check within 14 days of approval of the request for refund. All payments made by credit card will be credited to the card originally debited.

**INSPECTION RIGHTS:**

· As a condition precedent to your filing of any lawsuit or arbitration petition arising under or relating to this Repair Order/Invoice where the condition or operation of the subject vehicle is at issue, you shall afford AutoNation an opportunity to inspect the subject vehicle at its business location or other location agreed by the parties.

DealerCAR 2023 CDK Global, LLC (0422) AUTONATION- "Labor Only Backer" LIMITED WARRANTY - NATIONAL - #0481599

# AutoNation

**AutoNation Hyundai O'Hare**
1509 S. River Rd.
Des Plaines, IL 60018
Service Direct (847) 297-7881
Service Fax (847) 624-7430
www.AutoNation.com

**\*INVOICE\***

Invoice #: **805917**

Tag #: **A583**

**Kathleen Degrasse**

Home:
Cell:
Bus:
Email:

Customer #:

Service Advisor: **8363 ALEXANDER BURNS**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| | 24 | HYUNDAI SANTA FE | | | 14030 | 14031 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 03JUL24 D | | 16:00 14MAR25 | | | | CASH | 05MAR25 | 07:07 05MAR25 | 16:05 05MAR25 |

OPTIONS: SOLD-STK:KRH010843 DLR:44A121 ENG:1.6L_4 CYL TRNA

We are a proud retailer of Original Equipment(OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP." These non-OE (AP") parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
LINE  OPCODE  TECH  TYPE  HOURS                              LIST        NET
      6988    CY                                                         0.00    TOTAL
PARTS:    0.00 LABOR:    0.00  OTHER:    0.00  TOTAL LINE F:  0.00    0.00
          ****************************************************      .
G**  OIL CHANGE AND TIRE ROTATION
     0 SEE LINE E
      6988    CY                                                        0.00
PARTS:    0.00 LABOR:    0.00  OTHER:    0.00  TOTAL LINE G:  0.00    0.00
14031 OIL CHANGED AND TIRE ROTATION CHANGED OIL AND FILTER, AND
ROTATED TIRES. *****************************************

SUBL Ride hailed:03/05 07:08AM (PIN                   )        (N/C)
     IYEVL
*****************************************************************
PREVIOUS ESTIMATE: 96.65    NEW ESTIMATE: 126.10  ADDITIONAL COST: 29.45
     05MAR25 16:03 SA: 8363
     !!!!!! AUTHORIZED ESTIMATE WAS MODIFIED !!!!!!!!
*****************************************************************

*****************************************************************
PREVIOUS ESTIMATE: 0.00 SA: 8363 NEW ESTIMATE: 96.65  ADDITIONAL COST: 96.65
     05MAR25 07:20 SA: 8363
     !!!!!! AUTHORIZED ESTIMATE WAS MODIFIED !!!!!!!!
*****************************************************************

*****************************************************************
ESTIMATE: 0.00    05MAR25 07:07 SA: 8363
     !!!!!! AUTHORIZED ESTIMATE WAS MODIFIED !!!!!!!!
*****************************************************************
```

**SHOP SUPPLY CHARGES:**
We may charge shop supply costs of $6.00 or 12.5% of the total cost of labor, whichever is greater, not to exceed $65.00.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

| | | |
|---|---|---|
| D | LABOR AMOUNT | 0.00 |
| E | PARTS AMOUNT | 0.00 |
| T | GAS, OIL, LUBE | 0.00 |
| A | SUBLET AMOUNT | 0.00 |
| I | MISC. CHARGES | 0.00 |
| L | | |
| P | TOTAL CHARGES | 0.00 |
| A | LESS INSURANCE | 0.00 |
| Y | SALES TAX | 0.00 |
| O | | |
| N | PLEASE PAY THIS AMOUNT | **0.00** |

WARRANTY STATEMENT AND VEHICLE INSPECTION RIGHTS: PLEASE SEE THE TERMS ON THE REVERSE SIDE OF THIS REPAIR INVOICE.

CALL/TEXT AUTHORIZATION: YOU HEREBY AUTHORIZE US TO MAKE RECURRING CALLS, TEXTS, AND TRANSMIT VOICEMAILS TO YOU AT YOUR PHONE NUMBER(S), INCLUDING BY USE OF AN AUTOMATED SYSTEM, REGARDING SALES AND/OR SERVICE OF YOUR VEHICLE. YOU UNDERSTAND AND YOUR AGREEMENT IS NOT A CONDITION OF PURCHASING SERVICES AND YOU MAY OPT-OUT. YOUR PHONE NUMBER(S) BY NOTIFYING YOUR SERVICE ADVISOR OR TEXTING STOP TO ANY MESSAGE RECEIVED. MSG & DATA RATES MAY APPLY.

If we receive payments related to the goods or services provided hereunder from any third party (e.g., a check under a Service Contract), you agree that we may retain all such monies as if same was a payment from you and apply such funds to any indebtedness of yours. You hereby grant us a power of attorney to endorse any such payments on your behalf and to deposit such funds into the dealership's account to carry out the intent of this provision.

By signing below, you acknowledge that you were notified of and authorize the dealership to perform the services described herein. Invoice and that you received (or had the opportunity to view) copies of any documents requested by you. The vehicle is being returned to you in exchange for your payment of the amount due.

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | |
|---|---|---|
| $ | $ | |
| Revised Estimate | | |
| $ | | |

CUSTOMER SIGNATURE          DATE

Approved By
Telephone No.

Date & Time

DealerCar **Customer Copy** TYPE 2: OLDISC - AUTOMATION - LIMITED WARRANTY - ILLINOIS - REP808

# LIMITED WARRANTY ON INSTALLED PARTS AND SERVICE

## WHAT IS COVERED:

- During the applicable warranty period, the AutoNation dealership identified on the front of this Repair Order/Invoice (hereinafter referred to as "AutoNation") warrants that if any part fails in normal service it will provide a replacement part or repair any AutoNation installed part or accessory that is defective in material or workmanship. The labor charge associated with the installation or replacement of the defective part will also be covered by AutoNation. This Limited Warranty is subject to certain limitations set forth below. To be eligible for coverage of the warranty associated with repair or part replacement under this Limited Warranty, the warranty repairs must be performed at this AutoNation location or other affiliated dealership location. All services performed by AutoNation will be performed in a good and workmanlike fashion.

- In addition, to be eligible for this Limited Warranty, your vehicle must be used for personal, family and household purposes. Any vehicle purchased/leased and/or used for purposes such as towing, taxi or limousine service, ride sharing, delivery, hire, on or off-road competition, or engaging in a contest of speed or endurance of any type, is not eligible for this Limited Warranty.

## LIMITED WARRANTY COVERAGE PERIODS:

- AutoNation warrants: 1) all new parts from the vehicle's original equipment manufacturer ("OE" parts), 2) all other new parts including third party after-market parts sourced by AutoNation ("Non-OE" parts), and 3) remanufactured or rebuilt parts, for no less than **12 months** or **12,000 miles**, whichever comes last. Further the workmanship of our labor performed in conjunction with repairs including parts from categories 1, 2 or 3 above that are installed by AutoNation are warranted for no less than **12 months** or **12,000 miles**, whichever comes last. The above limited warranty does not apply to batteries and tires. **Certain parts and/or vehicle manufacturer's warranties vary by make, including varying time periods and/or mileage limitations applicable to their respective parts. For more** information see your Service Advisor or visit www.AutoNation.com.

- The Limited Warranty period shall commence on the Invoice Date and odometer reading ("Mileage Our").

## BATTERY LIMITED WARRANTY:

- OE batteries: OE replacement batteries are warranted from the date of purchase or installation, either on a fixed term or prorated basis. Please consult your service advisor or examine the warranty statement on your battery for applicable warranty coverage. The prorated amount equal to the remaining warranty months, depending on your battery, will be credited toward the cost of a complete replacement battery, excluding taxes and installation.

- Non-OE batteries: Non-OE batteries are eligible for free replacement during the battery's applicable "free replacement" period (calculated from the date of sale as shown on your sales receipt). If your Non-OE battery fails during the free replacement period due to defects in materials or workmanship, you are entitled to a new replacement Non-OE battery of the same type at no charge (labor charge may apply). Pro-rata credits may also apply. See Free Replacement Limited Warranty document for details and limitations.

- Non-OE Lifetime batteries: Non-OE Lifetime batteries are eligible for free replacement at this AutoNation location or other affiliated dealership location, for as long as you own the vehicle into which the Non-OE Lifetime battery was installed. See Lifetime Battery Free Replacement Limited Warranty document for details and limitations.

## TIRE LIMITED WARRANTY:

- Tires are sold and installed AS-IS by AutoNation. They are warranted independently by the tire manufacturer. AutoNation hereby disclaims all warranties, express and implied, including the implied warranties of merchantability and fitness for a particular purpose. See manufacturer's statement for details.

## WHAT IS NOT COVERED:

- Damage to an AutoNation installed part or accessory caused by a non-AutoNation installed part or component is not covered.

- Labor for removal from a vehicle and reinstallation of a part or accessory sold "over the

counter" is not covered. Labor, parts and other costs (such as all lubricants) connected with recommended maintenance service are not covered. Service adjustments, such as calibration or alignments, are not covered.

- Failures or damage resulting from normal wear and tear, improper installation, repair, misuse, negligence, accidents, or modification of the part or the accessory by you are not covered.

- Damage caused by your failure to use antifreeze or other required additives, fluids or lubricants is not covered.

- For the Limited Warranty to be in effect and honored, the vehicle must be located in one of our authorized service facilities at the time the warranty claim is submitted. AutoNation will not pay for third party inspection of the vehicle that is not authorized in writing. For a list of our locations please visit www.AutoNation.com.

- This Limited Warranty is void upon transfer of ownership of the vehicle.

- **Incidental or consequential damages (other than for personal injury) resulting from breach of this written warranty or any implied warranty (such as telephone calls, travel expenses, towing, lost wages, loss of time, inconvenience or commercial loss) are not covered.**

- **Any implied warranties, including those of merchantability or fitness for a particular purpose, are limited in duration to the applicable duration of this warranty.**

- **This is the only express warranty authorized by AutoNation. The performance of repairs or the replacement of a part or accessory are the exclusive remedies under this Limited Warranty or any implied warranty. AutoNation does not authorize any person to create for it any other obligation or liability in connection with AutoNation installed parts or accessories or performance of repairs.**

## STATE SPECIFIC RIGHTS:

- This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

- Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damages so the above limitations or exclusions may not apply to you.

## OWNER'S RESPONSIBILITIES:

- To obtain coverage pursuant to this Limited Warranty you must notify AutoNation at the number listed on the front of this Repair Order/Invoice of any failure, malfunction or defect of covered item(s) during the warranty period. You can return the repair part or accessory or vehicle to AutoNation or to any location AutoNation authorizes in writing and you must authorize in writing all repair work to be performed under this Limited Warranty.

- Because warranty coverage periods are calculated on a time or mileage basis from the date of purchase or installation, it is recommended that you retain proof of the purchase or installation date and vehicle mileage at the time of purchase or installation.

## FOR MORE INFORMATION:

- For more information, please contact your service manager.

## REFUND POLICY:

**NO CASH REFUNDS WILL BE PROVIDED.** All payments made by cash or check will be refunded by check within 14 days of approval of the request for refund. All payments made by credit card will be credited to the card originally debited.

## INSPECTION RIGHTS:

- As a condition precedent to your filing of any lawsuit or arbitration petition arising under or relating to this Repair Order/Invoice where the condition or operation of the subject vehicle is at issue, you shall afford AutoNation an opportunity to inspect the subject vehicle at its business location or other location agreed by the parties.

DealerCAR 2023 CDK Global, LLC  (8422b) AUTONATION "Labor Only Basket" LIMITED WARRANTY - NATIONAL - 89615199

# **APPENDIX D**

**The New York Times** | https://www.nytimes.com/2024/03/11/technology/carmakers-driver-tracking-insurance.html

# Automakers Are Sharing Consumers' Driving Behavior With Insurance Companies

LexisNexis, which generates consumer risk profiles for the insurers, knew about every trip G.M. drivers had taken in their cars, including when they sped, braked too hard or accelerated rapidly.

 **By Kashmir Hill**
Kashmir Hill has been writing about technology and privacy for more than a decade.

Published March 11, 2024   Updated March 13, 2024

Kenn Dahl says he has always been a careful driver. The owner of a software company near Seattle, he drives a leased Chevrolet Bolt. He's never been responsible for an accident.

So Mr. Dahl, 65, was surprised in 2022 when the cost of his car insurance jumped by 21 percent. Quotes from other insurance companies were also high. One insurance agent told him his LexisNexis report was a factor.

LexisNexis is a New York-based global data broker with a "Risk Solutions" division that caters to the auto insurance industry and has traditionally kept tabs on car accidents and tickets. Upon Mr. Dahl's request, LexisNexis sent him a 258-page "consumer disclosure report," which it must provide per the Fair Credit Reporting Act.

What it contained stunned him: more than 130 pages detailing each time he or his wife had driven the Bolt over the previous six months. It included the dates of 640 trips, their start and end times, the distance driven and an accounting of any speeding, hard braking or sharp accelerations. The only thing it didn't have is where they had driven the car.

On a Thursday morning in June for example, the car had been driven 7.33 miles in 18 minutes; there had been two rapid accelerations and two incidents of hard braking.

According to the report, the trip details had been provided by General Motors — the manufacturer of the Chevy Bolt. LexisNexis analyzed that driving data to create a risk score "for insurers to use as one factor of many to create more personalized insurance coverage," according to a LexisNexis spokesman, Dean Carney. Eight insurance companies had requested information about Mr. Dahl from LexisNexis over the previous month.

"It felt like a betrayal," Mr. Dahl said. "They're taking information that I didn't realize was going to be shared and screwing with our insurance."



General Motors is among the automakers and data brokers that have partnered to collect detailed driving data from millions of Americans.  Brendan McDermid/Reuters

In recent years, insurance companies have offered incentives to people who install dongles in their cars or download smartphone apps that monitor their driving, including how much they drive, how fast they take corners, how hard they hit the

brakes and whether they speed. But "drivers are historically reluctant to participate in these programs," as Ford Motor put it in a patent application that describes what is happening instead: Car companies are collecting information directly from internet-connected vehicles for use by the insurance industry.

Sometimes this is happening with a driver's awareness and consent. Car companies have established relationships with insurance companies, so that if drivers want to sign up for what's called usage-based insurance — where rates are set based on monitoring of their driving habits — it's easy to collect that data wirelessly from their cars.

But in other instances, something much sneakier has happened. Modern cars are internet-enabled, allowing access to services like navigation, roadside assistance and car apps that drivers can connect to their vehicles to locate them or unlock them remotely. In recent years, automakers, including G.M., Honda, Kia and Hyundai, have started offering optional features in their connected-car apps that rate people's driving. Some drivers may not realize that, if they turn on these features, the car companies then give information about how they drive to data brokers like LexisNexis.

Automakers and data brokers that have partnered to collect detailed driving data from millions of Americans say they have drivers' permission to do so. But the existence of these partnerships is nearly invisible to drivers, whose consent is obtained in fine print and murky privacy policies that few read.

Especially troubling is that some drivers with vehicles made by G.M. say they were tracked even when they did not turn on the feature — called OnStar Smart Driver — and that their insurance rates went up as a result.

"GM's OnStar Smart Driver service is optional to customers," a G.M. spokeswoman, Malorie Lucich, said. "Customer benefits include learning more about their safe driving behaviors or vehicle performance that, with their consent, may be used to obtain insurance quotes. Customers can also unenroll from Smart Driver at any time."

Even for those who opt in, the risks are far from clear. I have a G.M. car, a Chevrolet. I went through the enrollment process for Smart Driver; there was no warning or prominent disclosure that any third party would get access to my driving data.



What this reporter saw when she went through the process of signing up for OnStar Smart Driver: no mentions of the data being shared with third parties.  The New York Times

"I am surprised," said Frank Pasquale, a law professor at Cornell University. "Because it's not within the reasonable expectation of the average consumer, it should certainly be an industry practice to prominently disclose that is happening."

Policymakers have expressed concern about the collection of sensitive information from consumers' cars. California's privacy regulator is currently investigating automakers' data collection practices. Last month, Senator Edward Markey of Massachusetts also urged the Federal Trade Commission to investigate.

"The 'internet of things' is really intruding into the lives of all Americans," Senator Markey said in an interview. "If there is now a collusion between automakers and insurance companies using data collected from an unknowing car owner that then raises their insurance rates, that's, from my perspective, a potential per se violation of Section 5 of the Federal Trade Commission Act."

That is the federal law that prohibits unfair and deceptive business practices that harm consumers.

# 'Smart Driver'



One expert said insurance programs that monitor driving habits can improve driving, but only if people are aware they've signed up for them. The New York Times

Mr. Dahl shared his experience on an online forum for Chevy Bolt enthusiasts, on a thread where other people expressed shock to find that LexisNexis had their driving data. Warnings about the tracking are scattered across online discussion boards dedicated to vehicles manufactured by G.M. — including Corvettes, a sports car designed for racking up "acceleration events." (One driver lamented having data collected during a "track day," while testing out the Corvette's limits on a professional racetrack.)

Numerous people on the forums complained about spiking premiums as a result. A Cadillac driver in Palm Beach County, Fla., who asked not to be named because he is considering a lawsuit against G.M., said he was denied auto insurance by seven companies in December. When he asked an agent why, she advised him to pull his LexisNexis report. He discovered six months of his driving activity, including many instances of hard braking and hard accelerating, as well as some speeding.

"I don't know the definition of hard brake. My passenger's head isn't hitting the dash," he said. "Same with acceleration. I'm not peeling out. I'm not sure how the car defines that. I don't feel I'm driving aggressively or dangerously."

When he finally obtained car insurance, through a private broker, it was double what he had previously been paying.

The Cadillac owner, Mr. Dahl and the drivers on the forums had all been enrolled in OnStar Smart Driver. OnStar is G.M.'s Internet-connected service for its cars and Smart Driver is a free, gamified feature within G.M.'s connected car apps (all part of OnStar, but branded MyChevrolet, MyBuick, MyGMC and MyCadillac).

Smart Driver can "help you become a better driver," according to a corporate website, by tracking and rating seatbelt use and driving habits. In a recent promotional campaign, an Instagram influencer used Smart Driver in a competition with her husband to find out who could collect the most digital badges, such as "brake genius" and "limit hero."

In response to questions from The New York Times, G.M. confirmed that it shares "select insights" about hard braking, hard accelerating, speeding over 80 miles an hour and drive time of Smart Driver enrollees with LexisNexis and another data broker that works with the insurance industry called Verisk.

Customers turn on Smart Driver, said Ms. Lucich, the G.M. spokeswoman, "at the time of purchase or through their vehicle mobile app." It is possible that G.M. drivers who insisted they didn't opt in were unknowingly signed up at the dealership, where salespeople can receive bonuses for successful enrollment of customers in OnStar services, including Smart Driver, according to a company manual.

The Cadillac owner in Florida said he had not heard of Smart Driver and never noticed it in the MyCadillac app. He reviewed the paperwork he signed at the dealership when he bought his Cadillac in the fall of 2021 and found no mention of signing up for it.

"When a customer accepts the user terms and privacy statement (which are separately reviewed in the enrollment flow), they consent to sharing their data with third parties," Ms. Lucich wrote in an email, pointing to OnStar's privacy statement.

But that statement's section on "third-party business relationships" does not mention Smart Driver. It names SiriusXM as a company G.M. might share data with, not LexisNexis Risk Solutions, which G.M. has partnered with since 2019.



A driver who was surprised to discover that he was enrolled in Smart Driver posted a screenshot of his low score to an online forum for Corvette drivers in 2022.
The New York Times

Jen Caltrider, a researcher at Mozilla who reviewed the privacy policies for more than 25 car brands last year, said that drivers have little idea about what they are consenting to when it comes to data collection. She said it is "impossible for consumers to try and understand" the legalese-filled policies for car companies, their connected services and their apps. She called cars "a privacy nightmare."

"The car companies are really good at trying to link these features to safety and say they are all about safety," Ms. Caltrider said. "They're about making money."

Neither the car companies nor the data brokers deny that they are engaged in this practice, though automakers say the main purpose of their driver feedback programs is to help people develop safer driving habits.

After LexisNexis and Verisk get data from consumers' cars, they sell information about how people are driving to insurance companies. To access it, the insurance companies must get consent from the drivers — say, when they go out shopping for

car insurance and sign off on boilerplate language that gives insurance companies the right to pull third-party reports. (Insurance companies commonly ask for access to a consumer's credit or risk reports, though they are barred from doing so in California, Massachusetts, Michigan and Hawaii.)

An employee familiar with G.M.'s Smart Driver said the company's annual revenue from the program is in the low millions of dollars.

LexisNexis Risk Solutions, which retains consumers' driving data for six months, has "strict privacy and security policies designed to ensure that data is not accessed or used impermissibly," the company said in a statement.

Verisk provides insurers with trip data and a risk score "approved by insurance regulators in 46 states and the District of Columbia," said a spokeswoman, Amy Ebenstein. Automakers that Verisk gets data from "provide their customers notice and obtain appropriate consents," she said.



Mitsubishi has an optional feature in its app, "Driving Score," that, when turned on, collects information about people's driving.  The New York Times

Some drivers who had Smart Driver turned on, though, said they did not even realize they were enrolled until they saw warnings on online forums and then checked their app. They quickly unenrolled themselves by turning off Smart Driver in their car app.

Omri Ben-Shahar, a law professor at the University of Chicago, said he was in favor of usage-based insurance — where insurers monitor mileage and driving habits to determine premiums — because people who are knowingly monitored are better drivers. "People drive differently," he said. "The impact on safety is enormous."

But he was troubled, he said, by "stealth enrollment" in programs with "surprising and potentially injurious" data collection. There is no public safety benefit if people don't know that how they drive will affect how much they pay for insurance.

## 'Real-World Driving Behavior'



Subaru, Kia and Mitsubishi also contribute driver data to LexisNexis. Ross Mantle for The New York Times

General Motors is not the only automaker sharing driving behavior. Kia, Subaru and Mitsubishi also contribute to the LexisNexis "Telematics Exchange," a "portal for sharing consumer-approved connected car data with insurers." As of 2022, the exchange, according to a LexisNexis news release, has "real-world driving behavior" collected "from over 10 million vehicles."

Verisk also claims to have access to data from millions of vehicles and partnerships with major automakers, including Ford, Honda and Hyundai.

Two of these automakers said they were not sharing data or only limited data. Subaru shares odometer data with LexisNexis for Subaru customers who turn on Starlink and authorize that data be shared "when shopping for auto insurance," said a spokesman, Dominick Infante.

Ford "does not transmit any connected vehicle data to either partner," said a spokesman, Alan Hall, but partnered with them "to explore ways to support customers" who want to take part in usage-based insurance programs. Ford will share driving behavior from a car directly with an insurance company, he said, when a customer gives explicit consent via an in-vehicle touch screen.

The other automakers all have optional driver-coaching features in their apps — Kia, Mitsubishi and Hyundai have "Driving Score," while Honda and Acura have "Driver Feedback" — that, when turned on, collect information about people's mileage, speed, braking and acceleration that is then shared with LexisNexis or Verisk, the companies said in response to questions from The New York Times.



Honda says driver data will not be shared without consent, but the user needs to read through a 2,000-word "terms and conditions" screen to see that the company is sharing data with Verisk.
Honda

But that would not be evident or obvious to drivers using these features. In fact, before a Honda owner activates Driver Feedback, a screen titled "Respect for your Privacy" assures drivers that "your data will never be shared without your consent." But it *is* shared — with Verisk, a fact disclosed in a more than 2,000-word "terms and conditions" screen that a driver needs to click "accept" on. (Honda does mention Verisk in an FAQ on its website and Kia highlights its relationship with

LexisNexis Risk Solutions on its website. A Kia spokesman said LexisNexis can't share driving score data of Kia participants with insurers without additional consent.)

Drivers who have realized what is happening are not happy. The Palm Beach Cadillac owner said he would never buy another car from G.M. He is planning to sell his Cadillac.

**How to Find Out What Your Car Is Doing**

› See the data your car is capable of collecting with this tool: https://vehicleprivacyreport.com/.

› Check your connected car app, if you use one, to see if you are enrolled in one of these programs.

› Do an online search for "privacy request form" alongside the name of your vehicle's manufacturer. There should be instructions on how to request information your car company has about you.

› Request your LexisNexis report: https://consumer.risk.lexisnexis.com/consumer

› Request your Verisk report: https://fcra.verisk.com/#/

**Find something interesting, or know more about this? Contact me at kashmir.hill@nytimes.com.**

Susan C. Beachy contributed research.

*A correction was made on March 13, 2024: An earlier version of this article referred imprecisely to Honda's disclosure of its relationship with Verisk, the data broker. That relationship is described in an FAQ on Honda's website.*

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at nytnews@nytimes.com.    Learn more

**Kashmir Hill** writes about technology and how it is changing people's everyday lives with a particular focus on privacy. She has been covering technology for more than a decade. More about Kashmir Hill

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Watch the Way You're Driving. Carmakers Are Watching, Too.

# APPENDIX E

- Home
- Search
- Datasets
- Dealerships
- Compare
- Popular Reports ⌄
  - Quarterly Sales Reports
  - Yearly Sales Reports
- Analysis
- United States Market ⌄
  - By Brand
  - By Manufacturer
  - By Segment
- Canada Market ⌄
  - By Brand
  - By Manufacturer
- China Market ⌄
  - By Manufacturer
  - By Brand
- Tools ⌄
  - Widget
  - Compare Vehicles
  - Loan Calculator
  - VIN Decoder
  - Realtime Stock Tracker
- Contact Us
- About Us

# CARFIGURES

## Automotive Sales Data & Intelligence

☰

- Datasets
- Dealership
- Reports
- Analysis
- United States
- Canada
- China
- Tools
- About
- 🔍

 **Hyundai Santa Fe US Sales Figures**

Last updated: August 02, 2024

1. Home
2. Manufacturers
3. Hyundai Motor
4. Hyundai
5. Santa Fe

#Crossover/SUVS #Midsize Crossover/SUVs



**Overview**

The 2022 Hyundai Santa Fe is a vehicle from automaker Hyundai.

**How Much Does the 2022 Hyundai Santa Fe Cost?**

The 2022 Hyundai Santa Fe starts at $27,200 MSRP. Fully loaded, the Hyundai Santa Fe will cost you about $42,660.

**Hyundai Santa Fe Engine, Transmission, and Performance Numbers**

> ▷ ✕
>
> ### 7 Best Looking SUVs of 2024
>
> This year's top picks of the most stylish and cooles SUVs is Here. Search now
>
> favoritesearches.com

Hyundai Santa Fe is powered by a 2.5-liter engine with a Front Wheel Drive powertrain that makes 191 -hp and 181 lb-ft torque. The transmission on the Hyundai Santa Fe is an 8-Speed Automatic.

**List of Hyundai Santa Fe Competitors**

Some of Hyundai Santa Fe competitors include the Honda CR-V, Mazda CX-5 and Nissan Rogue.

Hyundai Santa Fe United States Sale figures by year, quarter, and month are presented below. Including the most up to date sales data for the Hyundai Santa Fe. See how the Hyundai Santa Fe stacks up the other models in the Crossover/SUVS, Midsize Crossover/SUVs segments.

> ▷ ✕
>
> ### 7 Best Looking SUVs of 2024
>
> This year's top picks of the most stylish and cooles SUVs is Here. Search now
>
> favoritesearches.com

For sales numbers of the Hyundai Santa Fe in Canada, click here.

**Discover related topics**

New Hyundai Vehicle

Hyundai New Model Price

Hyundai Santafe

Hyundai Models List

Hyundai Problems

⌄



**Key Stats**

How many 🔍 Santa Fe did 🔍 Hyundai sell in 2024?

Hyundai sold 65,611 Santa Fe in 2024. (From Jan - Jul 2024)

How many Santa Fe did Hyundai sell in July 2024?

Hyundai sold 8,989 Santa Fe in July 2024.

How many Santa Fe did Hyundai sell in 2023?

## Know What the Dealer Paid

Avoid the hassle and pressure of negotiating at dealerships.

invoice-pricing.com

Open

**Hyundai Santa Fe US Month Sales**

☑ Year ☑ Jan ☑ Feb ☑ Mar ☑ Apr ☑ May ☑ Jun ☑ Jul ☑ Aug ☑ Sep ☑ Oct ☑ Nov ☑ Dec
Loading, please wait

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 4,737 | 4,947 | 6,405 | 6,129 | 8,277 | 8,592 | 7,949 | 5,475 | 4,095 | 4,224 | 3,423 | 3,753 |
| 2006 | 2,986 | 3,408 | 4,058 | 3,639 | 3,942 | 6,156 | 8,027 | 6,838 | 6,216 | 5,162 | 5,217 | 8,282 |
| 2007 | 5,635 | 7,134 | 8,470 | 6,743 | 7,930 | 8,460 | 7,567 | 10,570 | 7,496 | 5,940 | 7,374 | 9,102 |
| 2008 | 3,716 | 6,003 | 7,972 | 7,252 | 6,604 | 5,863 | 6,868 | 7,675 | 4,676 | 3,794 | 4,282 | 6,289 |
| 2009 | 5,024 | 5,223 | 5,866 | 3,726 | 6,486 | 7,148 | 6,793 | 10,791 | 7,010 | 6,448 | 6,564 | 9,264 |
| 2010 | 7,204 | 7,964 | 9,548 | 5,917 | 6,157 | 7,586 | 7,047 | 5,687 | 3,719 | 3,600 | 6,967 | 5,284 |
| 2011 | 4,415 | 4,276 | 5,701 | 5,771 | 6,671 | 7,987 | 8,119 | 8,828 | 6,213 | 5,199 | 6,129 | 5,082 |
| 2012 | 4,818 | 3,864 | 5,853 | 6,318 | 6,884 | 6,703 | 4,619 | 4,524 | 7,378 | 6,022 | 6,754 | 7,279 |
| 2013 | 5,991 | 6,339 | 7,116 | 6,940 | 7,116 | 7,656 | 6,845 | 8,102 | 6,639 | 8,194 | 9,657 | 8,249 |
| 2014 | 6,721 | 6,993 | 9,726 | 8,997 | 10,638 | 8,930 | 8,655 | 9,302 | 8,945 | 8,817 | 9,787 | 10,395 |
| 2015 | 7,749 | 8,762 | 9,895 | 10,054 | 7,832 | 10,446 | 11,655 | 11,255 | 10,752 | 11,060 | 9,156 | 9,518 |
| 2016 | 5,139 | 5,532 | 6,546 | 7,150 | 14,732 | 18,345 | 14,336 | 15,176 | 11,350 | 11,311 | 10,786 | 10,862 |
| 2017 | 7,889 | 8,767 | 11,446 | 9,480 | 9,844 | 12,586 | 12,749 | 11,474 | 11,420 | 13,024 | 11,346 | 13,146 |
| 2018 | 7,677 | 9,474 | 11,401 | 9,400 | 10,707 | 10,526 | 8,275 | 11,347 | 10,162 | 7,728 | 8,994 | 11,347 |
| 2019 | 7,832 | 9,922 | 10,929 | 10,746 | 13,807 | 14,335 | 9,644 | 10,828 | 8,276 | 10,964 | 9,740 | 10,350 |
| 2020 | 7,148 | 7,152 | 6,358 | 5,602 | 9,549 | 8,376 | 9,296 | 9,291 | 8,566 | 9,072 | 8,765 | 12,500 |
| 2021 | 8,714 | 8,318 | 11,538 | 10,470 | 12,868 | 11,202 | 12,766 | 7,207 | 6,573 | 7,040 | 6,677 | 8,698 |
| 2022 | 7,354 | 8,104 | 10,124 | 11,074 | 10,548 | 10,691 | 9,532 | 9,510 | 9,192 | 10,806 | 10,955 | 11,699 |
| 2023 | 7,297 | 7,993 | 13,236 | 10,953 | 10,039 | 11,624 | 10,612 | 11,732 | 12,676 | 9,700 | 13,497 | 12,215 |
| 2024 | 6,021 | 9,239 | 10,834 | 9,728 | 10,997 | 9,803 | 8,989 | | | | | |
| Total | 124,067 | 139,414 | 173,022 | 156,089 | 181,628 | 193,015 | 180,343 | 175,450 | 151,354 | 148,105 | 156,070 | 173,314 |

## 7 Best Looking SUVs 2024

favoritesearches.com

Op

**Hyundai Santa Fe US Quarter Sales**

☑ Year ☑ Q1 ☑ Q2 ☑ Q3 ☑ Q4
Loading, please wait

| Year | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2005 | 16,089 | 22,998 | 17,519 | 11,400 |
| 2006 | 10,452 | 13,737 | 21,081 | 18,661 |

| Year | Q1 | Q2 | Q3 | Q4 |
|------|-----|-----|-----|-----|
| 2011 | 14,392 | 20,429 | 23,160 | 16,410 |
| 2012 | 14,535 | 19,905 | 16,521 | 20,055 |
| 2013 | 19,446 | 21,712 | 21,586 | 26,100 |
| 2014 | 23,440 | 28,565 | 26,902 | 28,999 |
| 2015 | 26,406 | 28,332 | 33,662 | 29,734 |
| 2016 | 17,217 | 40,227 | 40,862 | 32,959 |
| 2017 | 28,102 | 31,910 | 35,643 | 37,516 |
| 2018 | 28,552 | 30,633 | 29,784 | 28,069 |
| 2019 | 28,683 | 38,888 | 28,748 | 31,054 |
| 2020 | 20,658 | 23,527 | 26,991 | 30,337 |
| 2021 | 28,570 | 34,540 | 26,546 | 22,415 |
| 2022 | 25,582 | 32,313 | 28,234 | 33,460 |
| 2023 | 28,526 | 32,616 | 35,020 | 35,412 |
| 2024 | 26,094 | 30,528 | - | - |
| Total | 436,503 | 530,732 | 498,158 | 477,489 |

## Hyundai Santa Fe US Year Sales

☐

☑ Year ☑ Sales
Loading, please wait

| Year | Sales |
|------|-------|
| 2023 | 131,574 |
| 2022 | 119,589 |
| 2021 | 112,071 |
| 2020 | 101,513 |
| 2019 | 127,373 |
| 2018 | 117,038 |
| 2017 | 133,171 |
| 2016 | 131,265 |
| 2015 | 118,134 |
| 2014 | 107,906 |
| 2013 | 88,844 |
| 2012 | 71,016 |
| 2011 | 74,391 |
| 2010 | 76,680 |
| 2009 | 80,343 |
| 2008 | 70,994 |
| 2007 | 92,421 |
| 2006 | 63,931 |
| 2005 | 68,006 |
| Total | 1,886,260 |

## Hyundai Santa Fe Monthly US Sales Figures

∨



Click to Compare

**Hyundai Santa Fe Quarterly US Sales Figures**



Click to Compare

**Hyundai Santa Fe Yearly US Sales Figures**



Click to Compare

## Hyundai Santa Fe US Month Sales

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2005 | 4,737 | 4,947 | 6,405 | 6,129 | 8,277 | 8,592 | 7,949 | 5,475 | 4,095 | 4,224 | 3,423 | 3,753 |
| 2006 | 2,986 | 3,408 | 4,058 | 3,639 | 3,942 | 6,156 | 8,027 | 6,838 | 6,216 | 5,162 | 5,217 | 8,282 |
| 2007 | 5,635 | 7,134 | 8,470 | 6,743 | 7,930 | 8,460 | 7,867 | 10,570 | 7,496 | 5,940 | 7,374 | 9,102 |
| 2008 | 3,716 | 6,003 | 7,972 | 7,252 | 6,604 | 5,863 | 5,868 | 7,675 | 4,676 | 3,794 | 4,282 | 6,289 |
| 2009 | 5,024 | 5,223 | 5,866 | 3,726 | 6,486 | 7,148 | 6,793 | 10,791 | 7,010 | 6,448 | 6,564 | 9,264 |
| 2010 | 7,204 | 7,964 | 9,548 | 5,917 | 6,157 | 7,585 | 7,047 | 5,687 | 3,719 | 3,600 | 6,967 | 5,284 |
| 2011 | 4,415 | 4,276 | 5,701 | 5,771 | 6,671 | 7,987 | 8,119 | 8,828 | 6,213 | 5,199 | 5,129 | 6,082 |
| 2012 | 4,818 | 3,864 | 5,853 | 6,318 | 6,884 | 6,703 | 4,619 | 4,524 | 7,378 | 6,022 | 6,754 | 7,279 |
| 2013 | 5,991 | 6,339 | 7,116 | 6,940 | 7,116 | 7,656 | 6,845 | 8,102 | 6,539 | 8,194 | 9,657 | 8,249 |
| 2014 | 6,721 | 6,993 | 9,726 | 8,997 | 10,638 | 8,930 | 8,655 | 9,302 | 8,945 | 8,817 | 9,787 | 10,395 |
| 2015 | 7,749 | 8,762 | 9,895 | 10,054 | 7,832 | 10,446 | 11,655 | 11,255 | 10,752 | 11,060 | 9,156 | 9,518 |
| 2016 | 5,139 | 5,532 | 6,546 | 7,150 | 14,732 | 18,345 | 14,336 | 15,176 | 11,350 | 11,311 | 10,786 | 10,862 |
| 2017 | 7,889 | 8,767 | 11,446 | 9,480 | 9,844 | 12,586 | 12,749 | 11,474 | 11,420 | 13,024 | 11,346 | 13,146 |
| 2018 | 7,677 | 9,474 | 11,401 | 9,400 | 10,707 | 10,526 | 8,275 | 11,347 | 10,162 | 7,728 | 8,994 | 11,347 |
| 2019 | 7,832 | 9,922 | 10,929 | 10,746 | 13,807 | 14,335 | 9,644 | 10,828 | 8,276 | 10,964 | 9,740 | 10,350 |
| 2020 | 7,148 | 7,152 | 6,358 | 5,602 | 9,549 | 8,376 | 9,296 | 9,129 | 8,566 | 9,072 | 8,765 | 12,500 |
| 2021 | 8,714 | 8,318 | 11,538 | 10,470 | 12,868 | 11,202 | 12,766 | 7,207 | 6,573 | 7,040 | 6,677 | 8,698 |
| 2022 | 7,354 | 8,104 | 10,124 | - | - | - | - | - | - | - | - | - |
| Total | 110,749 | 122,182 | 148,952 | 124,334 | 150,044 | 160,897 | 151,210 | 154,208 | 129,486 | 127,599 | 131,618 | 149,400 |

Powered by CARFIGURES.com

## Hyundai Santa Fe US Quarter Sales

| Year | Q1 | Q2 | Q3 | Q4 |
|------|-----|-----|-----|-----|
| 2005 | 16,089 | 22,998 | 17,519 | 11,400 |
| 2006 | 10,452 | 13,737 | 21,081 | 18,661 |
| 2007 | 21,239 | 23,133 | 25,633 | 22,416 |
| 2008 | 17,691 | 19,719 | 19,219 | 14,365 |
| 2009 | 16,113 | 17,360 | 24,594 | 22,276 |
| 2010 | 24,716 | 19,660 | 16,463 | 15,851 |
| 2011 | 14,392 | 20,429 | 23,160 | 16,410 |
| 2012 | 14,535 | 19,905 | 16,521 | 20,055 |
| 2013 | 19,446 | 21,712 | 21,586 | 26,100 |
| 2014 | 23,440 | 28,565 | 26,902 | 28,999 |
| 2015 | 26,406 | 28,332 | 33,652 | 29,734 |
| 2016 | 17,217 | 40,227 | 40,862 | 32,959 |
| 2017 | 28,102 | 31,910 | 35,643 | 37,516 |
| 2018 | 28,552 | 30,633 | 29,784 | 28,069 |
| 2019 | 28,683 | 38,888 | 28,748 | 31,054 |
| 2020 | 20,658 | 23,527 | 26,991 | 30,337 |
| 2021 | 28,570 | 34,540 | 26,545 | 22,415 |
| 2022 | 25,582 | - | - | - |

## Hyundai Santa Fe US Year Sales

| Year | Sales |
|------|-------|
| 2021 | 112,071 |
| 2020 | 101,513 |
| 2019 | 127,373 |
| 2018 | 117,038 |
| 2017 | 133,171 |
| 2016 | 131,265 |
| 2015 | 118,134 |
| 2014 | 107,906 |
| 2013 | 86,844 |
| 2012 | 71,016 |
| 2011 | 74,391 |
| 2010 | 76,680 |
| 2009 | 80,343 |
| 2008 | 70,994 |
| 2007 | 92,421 |
| 2006 | 63,931 |
| 2005 | 68,006 |
| Total | 1,635,097 |

Powered by

Looking for more data/visualizations? Send us an email at contact@carfigures.com for customized data aggregates and visualizations.

**Embedded Code**

```
<iframe src="https://carfigures.com/widget/us_hyundai_santa-fe/year_chart" scrolling="no" frameborder="0" width="100%" height="450" style="border: 0; overflow: hidden;"></iframe>
```

See more widgets

Sources: Manufacturers

**Automotive Research made Simple.**

CarFigures centralizes and provides the latest automotive sales dataset, analysis, and tooling.

**Search**

Select Region ⌄
Select Brand ⌄
Select Vehicle ⌄
Submit

**Dataset**

Get the complete automotive dataset for 🔍 Hyundai.
LEARN MORE

🔍 Vehicle Reports